IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD STRAWICK,                                    Case No. 07-232-HO

        Plaintiff,                                JUDGMENT

  v.

Commissioner of Social Security,

        Defendant,

    The decision of the Commissioner is reversed.  This matter is remanded to the Appeals Council for remand to the administrative law judge for further proceedings and a new decision.

    DATED this   11th   day of September, 2008.

                                             s/ Michael R. Hogan
                                           United States District Judge